IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:06CR16 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW J. PARKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On November 17, 2011, the defendant appeared with counsel for a hearing on a Petition for Warrant for Offender Under Supervision (Filing No. 39). Defendant was present and represented by Michael F. Maloney. Plaintiff was represented Robert C. Sigler, Assistant United States Attorney. The defendant admitted allegation numbers 4 and 5 contained within the Petition are true and the Court found the defendant to be in violation of conditions of his supervised release. Allegation numbers 1, 2, 3, 6, and 7 were dismissed.

The Court then proceeded to a disposition hearing.

IT IS ORDERED:

1) The defendant's supervised release is hereby revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 16 months. It is further recommended that he receive credit for time served from August 24, 2011. This sentence is to be served concurrently with that imposed in the case docketed in this Court at 8:10CR11.

2) That upon completion of the defendant's incarceration, he will not be placed on supervised release and any obligations he owes with respect to this case will be concluded.

DATED this 29th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20___.

                                                                                _____
_____Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 20___ to _____, with a certified copy of this judgment.

_____ UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20____.

_____ UNITED STATES WARDEN

By: _____